AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kinkeade, James E. | Northern District of Texas | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015 to 12/31/2015 |
|---|---|---|

**7. Chambers or Office Address**

U. S. District Court
1100 Commerce St., Room 1625
Dallas, TX 75242

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Rio Viga, LLC |
| 2. Trustee | Baylor Scott & White Holdings |
| 3. Trustee (ex officio - not voting) | Baylor Medical Center - Irving |
| 4. Adjunct Professor | Baylor University School of Law |
| 5. Board Member (ex officio - not voting) | State Bar of Texas |
| 6. Board Member | Canine Companions for Independence (CCI) |
| 7. Member | ▮ Clay Street, LLC |
| 8. Independent Executor | Estate ▮▮▮▮▮ |
| 9. Member | ▮ Main, LLC |
| 10. Member | ▮ Clay Avenue, LLC |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/15 | Teaching classes at Baylor University School of Law |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kinkeade, James E.** | 05/12/2016 |

2. 09/01/01      State of Texas - Employee Retirement Benefits

3. 01/01/90      Dallas County - Employee Retirement Benefits

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | West Services, Inc. - Royalty Income | $6,192.26 |
| 2. 2015 | National Institute for Trial Advocacy - Royalty Income | $250.35 |
| 3. 2015 | State of Texas Judicial Retirement System | $72,408.96 |
| 4. 2015 | Baylor University Law School - teaching | $26,955.00 |
| 5. 2015 | Texas County & District Retirement System | $24,154.08 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Teacher Retirement System of Texas |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | 01/15/15-01/16/15 | Waco, TX | Board Meeting | hotel, meals |
| 2. | Baylor Scott & White Holdings | 02/18/15-02/21/15 | Scottsdale, AZ | Board Meeting | hotel, transportation, meals |
| 3. | Baylor Scott & White Holdings | 03/05/15-03/07/15 | Santa Rosa, CA | Board Meeting of CCI | hotel, transportation, meals |
| 4. | Baylor Scott & White Holdings | 05/05/15-05/06/15 | Waxahachie, TX | Board Meeting | hotel, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kinkeade, James E. | 05/12/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Baylor Scott & White Holdings | 06/24/15-06/26/15 | Fort Worth, TX | Board Meeting | hotel, meals |
| 6. | Baylor Scott & White Holdings | 09/24/15-09/25/15 | Waco, TX | Board Meeting | hotel, meals |
| 7. | Baylor Scott & White Holdings | 10/08/15-10/09/15 | Santa Rosa, CA | Board Meeting of CCI | hotel, transportation, meals |
| 8. | American Conference Institute | 12/01/15-12/03/15 | New York, NY | Speaking at Conference | hotel, transportation, meals |
| 9. | Baylor Scott & White Holdings | 12/17/15-12/18/15 | Temple, TX | Board Meeting | hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kinkeade, James E.** | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | International Bank | Mortgage on Rental Property #5 | K |
| 2. | Bank of the West | Mortgage on Rental Property #6 | O |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Dallas County, TX | E | Rent | M | W | | | | | |
| 2. Rental Property #2, P-K, Dallas County, TX | D | Rent | M | W | | | | | |
| 3. Rental Property #3, P-K, Dallas County, TX | D | Rent | M | W | | | | | |
| 4. Rental Property #4, Dallas County, TX | D | Rent | L | W | | | | | |
| 5. Rental Property #5, ▨▨▨▨ | B | Rent | M | W | | | | | |
| 6. Rental Property #6, McLennan County, TX | G | Rent | P1 | U | | | | | |
| 7. Bank of America | A | Interest | J | T | | | | | |
| 8. Bank of the West | A | Interest | N | T | | | | | |
| 9. Estate #1 (H) (X) | | | | | | | | | |
| 10. Rental Property #7, Kaufman County, TX (X) | B | Rent | N | W | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Kinkeade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544